UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LENNIE PERRY | No. 18 CR 703<br><br>HARRY D. LEINENWEBER |

**PROTECTIVE ORDER CONCERNING VICTIMS**

Upon the motion of the government, and pursuant to Title 18, United States Code, Sections 3509 and 3771(a), it is hereby ORDERED:

<u>Contact with Victims</u>

1. Defendant is to have no contact, directly or indirectly, with any of the victims in this case identified in Exhibit A. Contact includes phone calls, emails, written letters, and messages transmitted to a victim by a third-party on behalf of defendant.

2. Nothing in the above paragraph limits defendant's counsel, or individuals employed or supervised by defendant's counsel, from contacting the victims.

<u>Prohibitions on Identifying Victims in Court Proceedings</u>

3. At trial and during pre-trial and post-trial proceedings in this case, any alleged victim who is 18 years of age or older, including those in Exhibit A, shall be referred to by that person's first name only, also using a first initial if the victim shares a first name with another victim. Alternatively, victims may be referred to by an anonymous identifier (i.e. Minor A or Individual A, etc.). Last names shall not be

used. Any victim under the age of 18, including Individual D, shall be referred to by nickname or an anonymous identifier only.

4. All documents that disclose the first name and/or last name of Individual D must be filed under seal. All publicly filed documents shall refer to Individual D by an alias or by a generic name, such as "Individual D."

5. All documents that disclose the last name of any victim who is 18 years of age or older, including those listed in Exhibit A, must be filed under seal. All publicly filed documents shall refer to those victims by a generic name, such as "Individual A," or by first name only, with last name initial only if necessary to differentiate between two victims with the same last name.

Public Dissemination of Identifying Information About Victims

6. The defendant is prohibited from disseminating, or causing another to disseminate, by public communication the last name, address, phone number, email address, or other identifying information about any victim listed in Exhibit A, and the family of any victim listed in Exhibit A. The defendant is also prohibited from disseminating, or causing another to disseminate, by means of public communication the first name of Individual D. "Public communication" includes media (such as newspaper, radio, television, podcasts, blogs) and internet communication such as Facebook, Twitter, GoFundMe, Instagram, or any other internet-based communication platform where the information on the platform can be seen by members of the public.

7. The provisions of this Order supplements the previously entered Protective Order Governing Discovery (Docket No. 18). All of the provisions of the Protective Order Governing Discovery remain in place.

8. A copy of this order, along with a copy of Exhibit A, which is filed under seal, can be provided to staff at the Metropolitan Correctional Center, or any other facility where defendant may be housed in the future, for purposes of monitoring defendant's compliance with this order.

9. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

_____
HARRY D. LEINENWEBER
District Judge
United States District Court
Northern District of Illinois

Date: 9/27/2019